Max JANIS, Appellee,

v.

UNITED STATES of America et al., Appellants.

No. 73-2226

United States Court of Appeals, Ninth Circuit.

Sept. 2, 1976.

Robert E. Lindsay (argued), Tax Div., Dept. of Justice, Washington, D.C., for appellants.

Richard G. Sherman (argued), of Sherman & Sturman, Los Angeles, Cal., for appellee.

OPINION ON REMAND

Before ELY and HUFSTEDLER, Circuit Judges, and TURRENTINE,* District Judge.

PER CURIAM:

In an unpublished Memorandum, we affirmed the District Court's judgment upon the specified and expressed basis "of the District Court's very carefully written Findings of Fact and Conclusions of Law . . . ." The Supreme Court granted certiorari, reversed our judgment, and remanded the cause to our Court. Pursuant to the Supreme Court's mandate, which we have now received, we now remand the cause to the District Court for further proceedings conforming with the Supreme Court's opinion. *United States v. Janis*, —— U.S. ——, 96 S.Ct. 3021, 49 L.Ed.2d —— (1976).

SO ORDERED.

* Honorable Howard B. Turrentine, United States District Judge, Southern District of California, sitting by designation.

Bob LOKEY et al., Plaintiffs-Appellants,

v.

H. L. RICHARDSON, etc., et al., Defendants-Appellees.

No. 74-1256.

United States Court of Appeals, Ninth Circuit.

Sept. 9, 1976.

Bob Lokey in pro per.

Evelle J. Younger, Atty. Gen. of Cal., San Francisco, Cal., for defendants-appellees.

ORDER

Before BROWNING, ELY and ANDERSON, Circuit Judges.

Because the legal and factual considerations relevant to the decision of this case in light of *Montanye v. Haymes*, —— U.S. ——, 96 S.Ct. 2543, 49 L.Ed.2d —— (1976), and *Meachum v. Fano*, —— U.S. ——, 96 S.Ct. 2532, 49 L.Ed.2d —— (1976), were not addressed by the parties or the district court, the summary judgment, reversed by the Court of Appeals, 9 Cir., 527 F.2d 949, with certiorari granted by the Supreme Court, —— U.S. ——, 96 S.Ct. 3186, 49 L.Ed.2d ——, is vacated and the cause remanded for further proceedings consistent with those decisions.